FILED

08/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0290

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## NO. DA 23-0290

ROBERT FRISK,

       Plaintiff/Appellee,

v.

JOHN N. THOMAS and LORI A. THOMAS,

       Defendants/Appellants,

## ORDER GRANTING APPELLANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to M. R. App. P. 26(2), and for good cause appearing, Appellants' Unopposed Second Motion for Extension of Time to File Opening Brief is GRANTED. Appellants shall have an extension up to and including October 2, 2023, to file and serve their opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 29 2023